MARK A. CHAMBERS (#98933)
14241 E. Firestone Blvd., Suite 400
La Mirada, CA 90638
Telephone: (213) 489-1958
Fax:         (760) 888-9237
chambers@markchamberslaw.com
Attorney for Defendant
VALERIE TREJO (22)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(HONORABLE GEORGE H. WU)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>VALERIE TREJO (22),<br><br>　　　Defendant. | CASE NO. CR-18-0173-GW-22<br><br>ORDER FOR PRE-PLEA REPORT FOR DEFENDANT VALERIE TREJO [965] |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

The United States Probation Office is directed to conduct an investigation of defendant Valerie Trejo's criminal history only and prepare and disclose a pre-plea presentence report on or before September 19, 2018.

IT IS SO ORDERED.

Dated: August 10, 2018

_____
Honorable George H. Wu
United States District Judge

Cc: USPO

1
ORDER FOR PRE-PLEA REPORT FOR DEFENDANT VALERIE TREJO